## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JAMIE EFTEMOFF, | ) | |
| | ) | |
| Plaintiff, | ) | CIV-13-800-F |
| v. | ) | |
| | ) | |
| 1. SIGMA PROCESSED MEATS, INC., A/K/A SIGMA PROCESSED MEATS, LLC D/B/A BAR S FOODS, AND | ) ) ) ) | |
| 2. BAR S FOODS CO. A/K/A BAR S FOODS OF OKLAHOMA, | ) ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, the Plaintiff, Jamie Eftemoff, hereby stipulates with the Defendants, Sigma Processed Meats, Inc., a/k/a Sigma Processes Meats, LLC, d/b/a Bar S Foods and Bar S Foods Co., a/k/a Bar S Foods of Oklahoma, that her claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and fees.

Respectfully submitted this <u>8th</u> day of May, 2014.

> s/Jana B. Leonard
> LEONARD & ASSOCIATES, P.L.L.C.
> JANA B. LEONARD, OBA # 17844
> EMILY VAN VOLKINBURG, OBA # 31744
> 8265 S. Walker
> OKLAHOMA CITY, OK 73139
> (405) 239-3800     TELEPHONE
> (405) 239-3801     FACSIMILE
> leonardjb@leonardlaw.net

emilyv@leonardlaw.net
Attorneys for Plaintiff


s/Allen Hutson
*(Signed by Filing Attorney with permission of Defendant's Attorney)*
Allen Hutson, OBA #30118
CROWE & DUNLEVY
20 North Broadway, Suite 1800
Oklahoma City, OK. 73102-8273
Email: allen.hutson@crowedunlevy.com
-and-
Madalene A. B. Witterholt, OBA #10528
CROWE & DUNLEVY
321 S. Boston Ave., Suite 500
Tulsa, Oklahoma 74103
Tel: 918-592-9800
Fax: 918-592-9801
Email: m.witterholt@crowedunlevy.com
Attorneys for Defendant